

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

No. 04-23-00356-CR

**EX PARTE** Edwin Abiel **ESCOBAR-AGUILAR**

From the County Court, Kinney County, Texas
Trial Court No. 13321CR
Honorable Todd A. Blomerth, Judge Presiding[1]

BEFORE CHIEF JUSTICE MARTINEZ, JUSTICE RIOS, AND JUSTICE VALENZUELA

In accordance with this court's memorandum opinion of this date, the trial court's order denying Appellant's application for pretrial writ of habeas corpus is AFFIRMED.

SIGNED August 5, 2025.

_____
Irene Rios, Justice

---

[1] Senior Judge Todd A. Blomerth signed the order denying the habeas corpus relief at issue in this appeal.